# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11548 (TMH)<br><br>Jointly Administered |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLEY STEELE, CHASE MOSES, TIMOTHY MOSES, FIRST CALL TELEMEDICINE, LLC, JDWALTON NEWNAN LLC, OCONEE REYNOLDS LLC, CIEL CAPITAL GROUP, INC., and MOSES FAMILY CHARITABLE FUND,<br><br>Defendants. | Adversary Proceeding No. 23-50433 (TMH)<br><br>**Related Adv. D.I.: 10, 21** |

## ORDER GRANTING, IN PART, EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on the *Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. D.I. 10] ("Motion") filed on September 18, 2023 by Plaintiff Aliera LT, LLC (the "Aliera Trustee" or the "Plaintiff")), as appointed in the above-styled Chapter 11 cases for The Aliera Companies, Inc., *et al.* (the "Debtors") (collectively with

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

1

the Aliera Trustee, the "Plaintiffs"). In the Motion, the Plaintiffs requested that the Court enter an order temporarily restraining and preliminarily enjoining defendant JDWalton Newnan, LLC ("JDWalton"), the remaining defendants in the above-captioned adversary proceeding (collectively with JDWalton, the "Defendants"), and their managers, members, agents and all others acting in concert with JDWalton including, without limitation, Shelley Steele ("Steele"), jointly and severally, from transferring or otherwise disposing or encumbering, or causing or directing the transfer, disposition or encumbering of all or a portion of any property owned by JDWalton in an amount sufficient to satisfy the Plaintiffs' claims against JDWalton and Steele.

The Court previously entered the *Order Granting, In Part, Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Scheduling Hearing on Request for Preliminary Injunction* [Adv. D.I. 21] on October 16, 2023. The Court has been advised that the parties have reached a resolution of the Motion. In accordance with that resolution,

IT IS ORDERED that the Motion is GRANTED as set forth herein; and

IT IS FURTHER ORDERED that the Defendants, their agents, attorneys, creditors, representatives, and employees, are, jointly and severally, restrained and enjoined from causing or directing the transfer, encumbrance, or other disposition of any real estate or other property owned by JDWalton, or liening or pledging any real estate or property, without the consent of the Plaintiffs.

*Thomas M. Horan*

**Dated: December 11th, 2023**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**