IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-11548 (TMH)<br>(Jointly Administered) |
| ALIERA LT, LLC, AS LIQUIDATING TRUSTEE FOR THE ALIERA COMPANIES, INC., ET AL. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>SHELLEY STEELE, CHASE MOSES, TIMOTHY MOSES, FIRST CALL TELEMEDICINE, LLC, JDWALTON NEWNAN LLC, OCONEE REYNOLDS LLC, CIEL CAPITAL GROUP, INC., and MOSES FAMILY CHARITABLE FUND,<br><br>Defendants. | Adv. Proc. No. 23-50433 (TMH)<br><br>**Re: Adv. Docket No. 31** |

**ORDER GRANTING DEFENDANTS' MOTION
TO ENFORCE SETTLEMENT AGREEMENT**

Upon consideration of the *Defendants' Emergency Motion to Enforce Settlement Agreement and for a Temporary Restraining Order and Preliminary Injunction* [Adv. Docket No. 31] (the "Motion"), filed by Defendants Shelley Steele, First Call Telemedicine, LLC, JDWalton

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6736) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

Newnan LLC, Oconee Reynolds LLC, Ciel Capital Group, Inc., and Burdette Atlanta, LLC (collectively, the "Steele Parties") in the above-captioned adversary proceeding, the Court having found that notice of the Motion and the hearing on the Motion was timely, proper and adequate under the applicable rules and procedure; and upon consideration of any objections or responses to the Motion; and the Court having found that cause exists for approval as provided herein of the Motion, IT IS ORDERED:

1. That the Motion is GRANTED to the extent provided herein;

2. Within five (5) business days after the entry of this Order, Aliera LT, LLC, as Liquidating Trustee for The Aliera Companies, Inc., et al. (the "Trustee"), shall provide a payoff statement (the "Payoff Statement") to the Steele Parties and their lender, Yieldi, LLC (the "Lender"), regarding the amounts owing under the Deed to Secure Debt with Power of Sale (the "Security Deed") secured by the real property located at 480 JD Walton Road, Newnan, Georgia (the "Newnan Property");

3. Within a reasonable time frame after receipt of the amounts set forth in the the Payoff Statement, the Trustee shall execute the release of the Security Deed as provided by the Lender;

4. Except as set forth herein, this Order shall not affect any provisions of the Settlement Agreement and Release between the Trustee and the Steele Parties dated December 5, 2023 and all rights are reserved;

5. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and

6. This Order shall be effective immediately.

Dated: February 20, 2025  
Wilmington, Delaware

*Thomas M. Horan*  
Thomas M. Horan  
United States Bankruptcy Judge