# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>THE ALIERA COMPANIES, INC.<br>d/b/a Aliera Healthcare, Inc., et al.,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 21-11548 (TMH)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE ALIERA COMPANIES, INC., et al. and NEIL F. LURIA, IN HIS CAPACITY AS THE TRUSTEE OF THE SHARITY MINISTRIES, INC., LIQUIDATING TRUST,<br><br>                Plaintiffs,<br><br>v.<br><br>SHELLEY STEELE, CHASE MOSES, TIMOTHY MOSES, FIRST CALL TELEMEDICINE, LLC, JDWALTON NEWNAN LLC, OCONEE REYNOLDS LLC, CIEL CAPITAL GROUP, INC., and MOSES FAMILY CHARITABLE FUND,<br><br>                Defendants. | Adversary Proceeding No. 23-50433(TMH)<br><br>Re: Adv. Docket No. 36 |

## ORDER GRANTING DEFENDANTS' MOTION TO SEAL CERTAIN DOCUMENTS

Upon consideration of the motion (the "Seal Motion") of Defendants Shelley Steele, First Call Telemedicine, LLC, JDWalton Newnan LLC, Oconee Reynolds LLC, Ciel Capital Group, Inc., and Moses Family Charitable Fund (collectively, "Defendants"), for an order pursuant to Sections 105(a) and 107(b) of Title 11 of the United States Code ("Bankruptcy Code"), Rule

---

[1] The jointly administered Debtors in these Chapter 11 cases along with the last four digits of their federal tax identification number include: The Aliera Companies Inc. (9555) (Case No. 21-11548), Advevo LLC (6436) (Case No. 22-10124), Ensurian Agency LLC (3244) (Case No. 22-10123), Tactic Edge Solutions LLC (2923) (Case No. 22-10122) and USA Benefits & Administrators LLC (5803) (Case No. 22-10121).

9018 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Local Rule 9018-1(d) authorizing the filing under seal Defendants' Motion for TRO, Motion for Expedited Hearing, responses thereto, Defendants' Motion to Quash [Dkts. 31-35], Plaintiffs' response to the Motion to Quash, not yet filed, and all accompanying documents (collectively referred to as the "sealed documents"), and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that consideration of the Seal Motion and the relief requested is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), that venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, and the Court having found that notice of the Seal Motion was appropriate under the circumstances, and after due deliberation and sufficient cause appearing, it is hereby **ORDERED, DECREED AND ADJUDGED THAT**:

1. The Seal Motion is hereby granted.

2. Defendants do not have to file proposed redacted documents.

3. The proposed sealed documents [Dkts. 31-35] and response to the Motion to Quash shall remain confidential, protected under seal, and not made publicly available to any person or entity other than the Court, the Trustee, and Plaintiffs.

4. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: February 21st, 2025  
Wilmington, Delaware

THOMAS M. HORAN  
UNITED STATES BANKRUPTCY JUDGE